UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ARTHUR CASEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. TRUILLO, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00560-EPG (PC)<br><br>ORDER DISCHARGING ORDER FOR PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO EXHAUST<br><br>(ECF No. 9) |

　　　　James Arthur Casey ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　As it appeared from the face of the complaint that Plaintiff did not exhaust his available administrative remedies before filing this action, on April 21, 2020, the Court ordered Plaintiff to show cause why this action should not be dismissed, without prejudice, for failure to exhaust available administrative remedies. (ECF No. 9). On May 14, 2020, Plaintiff filed his response. (ECF No. 12).

　　　　Given Plaintiff's allegations regarding the unavailability of the grievance procedure, the Court will discharge the order to show cause and screen Plaintiff's complaint in due course. This does not preclude Defendant(s) from challenging the issue of exhaustion at a later stage in the case. The Court is not making a determination that Plaintiff exhausted his available administrative remedies. The Court has only determined that the complaint will not be screened out at this time on the basis of failure to exhaust.

Accordingly, IT IS ORDERED that the order to show cause issued on April 21, 2020, is DISCHARGED.

IT IS SO ORDERED.

Dated: __May 19, 2020__                    /s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE