UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ARTHUR CASEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. TRUILLO, et al.,<br><br>　　　　Defendants. | No. 1:20-cv-00560-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE AND OBEY COURT ORDER<br><br>(Doc. No. 16) |

Plaintiff James Arthur Casey is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 17, 2020, the assigned magistrate judge screened plaintiff's complaint in this action and found that he had stated cognizable claims against defendant defendants J. Truillo, A. Garcia, Vera, S. Falon, and G. Rodrigues for use of excessive force in violation of the Eighth Amendment of the U.S. Constitution, but that plaintiff failed to state a cognizable claim against any other named defendant. (Doc. No. 14.) Plaintiff was given thirty (30) days from the date of service of that screening order to either file a first amended complaint or notify the court of his decision to proceed only on the claims found by the screening order to be cognizable against defendants J. Truillo, A. Garcia, Vera, S. Falon, and G. Rodrigues. (*Id*. at 8.) The court served

the screening order on plaintiff by mail on June 17, 2020.  But, plaintiff did not file a first amended complaint nor did he notify the court of his decision to proceed only on the claims found to be cognizable against defendants J. Truillo, A. Garcia, Vera, S. Falon, and G. Rodrigues.

Accordingly, on August 17, 2020, the magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to prosecute and failure to obey a court order.  (Doc. No. 16 at 3.)  Those findings and recommendations were served on plaintiff by mail on August 17, 2020 and contained notice that objections thereto were to be filed within fourteen (14) days of service of the findings and recommendations.  (*Id.*)  To date, no objections to the pending findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on August 17, 2020 (Doc No. 16) are adopted in full;
2. This action is dismissed due to plaintiff's failure to obey a court order and failure to prosecute; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 29, 2020**                    /s/ Dale A. Drozd
                                                                    UNITED STATES DISTRICT JUDGE